Harold B. MASON, Appellant,

v.

NORWEST BANK N.A.; J. Veenis; R. Oliver; State of Missouri; T. Frawley, Judge; J. Nixon, Attorney General; B. Holden, Governor; M. Carnahan, 28 U.S.C.A. 2404 applicable Governor, Appellees.

No. 02–3174.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 20, 2002.

Decided Dec. 26, 2002.

Before MCMILLIAN, FAGG, and BOWMAN, Circuit Judges.

PER CURIAM.

Harold B. Mason appeals the district court's * order dismissing Mason's complaint without prejudice for failure to prosecute. Having carefully reviewed the record, we find no abuse of discretion. *See Roberts v. Mo. Div. of Employment*, 636 F.2d 249, 250 (8th Cir.1980) (per curiam). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

* The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.